IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| CRYSTAL HERNANDEZ, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PURPOSE FINANCIAL, INC. f/k/a ADVANCE AMERICA CASH ADVANCE CENTERS, INC., et al.<br><br>Defendants. | C/A No. 7:23-cv-04256-JDA<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that Plaintiffs Heather McCreedy, Scott Gibson, Kathryn Rohrer, LaToya Lindsey, Michael Smelley, Robert Durham, Stacy Lowe, Stephanie Jennings, Tirance Kennedy, Brian James, Brooke Pennington, Charles Lee Carlisle, Connie Montalvo, Don Shilling, David Turben, Dana Jones, Jose Garcia, Joseph Dodson, Howard R. Herships, John R. Wilkinson III, Jamila Hunter, Eric Speach, Juan Sanchez, Crystal Hernandez, Salvador Flores Hernandez, Kevin Ferguson, and Steven Smith, individually and on behalf of all other similarly situated individuals ("**Plaintiffs**") and Defendants Purpose Financial, Inc. f/k/a Advance America Cash Advance Centers, Inc., and its nine subsidiary companies named in this action (collectively "**Defendants**"), have reached an agreement in principle on a class action settlement.

The Parties attended a first mediation session on February 6, 2025 and a second session on May 15, 2025 with Hon. John W. Thornton (Ret.) at JAMS. Even though the case did not resolve at mediation, the Parties continued settlement discussions with the support of Judge Thornton and have now reached a tentative agreement.

The tentative agreement needs to be committed to a final, written settlement agreement signed by the Parties, and any eventual settlement agreement will be further subject to Court

approval under Federal Rule of Civil Procedure 23. Based on the tentative agreement, however, the Parties hereby request that the Court vacate all deadlines and stay this matter pending the Parties' negotiation of the full settlement agreement and supporting documents. Plaintiffs anticipate filing a motion for preliminary approval within the next 90 days.

Dated: June 20, 2025.                                            Respectfully submitted,

| WE AGREE: | WE AGREE: |
|---|---|
| */s/ Dylan Bess (with permission)*<br>**DYLAN A. BESS, ESQ., (Fed Id. at 13114)**<br>**MORGAN & MORGAN, ATLANTA PLLC**<br>P.O. Box 57007<br>Atlanta, GA 30343-1007<br>Telephone: (404) 965-1886<br>sbrown@forthepeople.com<br><br>***Local Counsel for Plaintiffs***<br><br>Patrick A. Barthle II<br>Florida Bar No. 99286<br>**MORGAN & MORGAN COMPLEX LITIGATION GROUP**<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Telephone: (813) 229-4023<br>Facsimile: (813) 222-4708<br>pbarthle@ForThePeople.com<br><br>Terence R. Coates<br>**MARKOVITS, STOCK, & DEMARCO, LLC**<br>119 E. Court St., Ste. 530<br>Cincinnati, Ohio 45202<br>Telephone: (513) 651-3700<br>Facsimile: (513) 665-0219<br>tcoates@msdlegal.com<br>jwalker@msdlegal.com | */s/ George G. Robertson*<br>George G. Robertson (Fed Id. at 12803)<br>**HOLLAND & KNIGHT LLP**<br>811 Main Street, Suite 2500<br>Houston, Texas 77002<br>Telephone: (731) 821-7000<br>Email: george.robertson@hklaw.com<br><br>Mark S. Melodia (admitted pro hac vice)<br>**HOLLAND & KNIGHT LLP**<br>31 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 513-3583<br>Email: mark.melodia@hklaw.com<br><br>Ashley L. Shively (admitted pro hac vice)<br>**HOLLAND & KNIGHT LLP**<br>560 Mission Street, Suite 1900<br>San Francisco, CA 94105<br>Telephone: (415) 743-6900<br>Email: ashley.shively@hklaw.com<br><br>Samuel W. Outten (Federal Id. at 2943)<br>Rayja N. Fowler (Federal Id. at 10456)<br>**NELSON MULLINS RILEY & SCARBOROUGH LLP**<br>2 West Washington Street, Suite 400<br>Greenville, SC 29601<br>(864) 373-2300<br>(864) 232-2925 facsimile<br>Email: sam.outten@nelsonmulllins.com<br>Email: rayja.fowler@nelsonmulllins.com<br><br>*Attorneys for Defendants* |

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

*Interim Co-Lead Class Counsel*

Raina C. Borrelli
**TURKE & STRAUSS LLP**
613 Williamson St., Ste. 201
Madison, WI 53703
Phone: (608) 237-1775
Facsimile: (608) 509-4423
sam@turkestrauss.com
raina@turkestrauss.com

A. Brooke Murphy (pro hac admission forthcoming)
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Telephone: (405) 389-4989
abm@murphylegalfirm.com

Philip Krzeski (0095713)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Facsimile: (612) 336-2940
pkrzeski@chestnutcambronne.com

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
wbf@federmanlaw.com

*Plaintiffs' Executive Committee*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was provided to all counsel of record in accordance with the Federal Rules of Civil Procedure on June 20, 2025.

                                     */s/ George G. Robertson*
                                       George G. Robertson