UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| CRYSTAL HERNANDEZ, *et al.*, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PURPOSE FINANCIAL, INC. f/k/a ADVANCE AMERICA CASH ADVANCE CENTERS, INC. *et al.*<br><br>    Defendants. | Case No. 7:23-cv-04256-JDA<br><br>Judge Jacquelyn D. Austin |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

**I.   INTRODUCTION**

Plaintiffs[1], on behalf of themselves and all others similarly situated, hereby respectfully move this Court for entry of an Order to: (1) preliminarily approve the terms of the Settlement as being within the range of fair, adequate, and reasonable; (2) provisionally certify the Settlement Class for settlement purposes only; (3) approve the Notice Program set forth herein and approve the form and content of the Notices of the Settlement; (4) approve the Claim Form and Claim submission process; (5) approve the procedures for Settlement Class members to opt-out of the Settlement or for Settlement Class Members to object to the Settlement; (6) appoint Patrick A. Barthle II of Morgan & Morgan Complex Litigation Group; Terence R. Coates of Markovits Stock

---

[1] Heather McCreedy, Scott Gibson, Kathryn Rohrer, Latoya Lindsey, Michael Smelley, Robert Durham, Stacy Lowe, Stephanie Jennings, Tirance Kennedy, Brian James, Brooke Pennington, Charles Lee Carlisle, Connie Montalvo, Don Shilling, David Turben, Dana Jones, Jose Garcia, Joseph Dodson, Howard R. Herships, John R. Wilkinson III, Jamila Hunter, Eric Speach, Juan Sanchez, Crystal Hernandez, Salvador Flores Hernandez, Kevin Ferguson, and Steven Smith (individually "Plaintiff" and collectively, "Plaintiffs").

1

& DeMarco, LLC, and; Gary Klinger of Milberg Coleman Bryson Phillips Grossman PLLC as Class Counsel for Settlement purposes; (7) appoint Simpluris, Inc. as Settlement Administrator; (8) appoint Plaintiffs as Representatives of the Class; (9) stay the Action P Final Approval of the Settlement; and (10) schedule a Final Approval Hearing for a time and date mutually convenient for the Court, the Parties, Class Counsel, and Advance America's Counsel.

This Motion is based upon: (1) this Motion; (2) the Memorandum in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement; (3) the Declaration of Gary M. Klinger filed herewith, and the attachments to that Declaration; (4) the Settlement Agreement; (5) the Notices of Class Action Settlement (both Short and Long Form); (6) the Claim Form; (7) the [Proposed] Order Granting Preliminary Approval of Class Action Settlement; (8) the [Proposed] Final Approval Order; (9) the records, pleadings, and papers filed in this action; and (10) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

DATE: October 1, 2025

Respectfully submitted,

By:    /s/*Dylan A. Bess*

**DYLAN A. BESS, ESQ., (Fed Id. at 13114)**
**MORGAN & MORGAN, ATLANTA PLLC**
P.O. Box 57007
Atlanta, GA 30343-1007
Telephone: (404) 965-1886
sbrown@forthepeople.com

*Local Counsel for Plaintiffs*

Gary M. Klinger (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**

2

227 West Monroe Street, Suite 2100
Chicago, Illinois 60606
gklinger@milberg.com

Patrick A. Barthle II
Florida Bar No. 99286
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 229-4023
Facsimile: (813) 222-4708
pbarthle@ForThePeople.com

Terence R. Coates
**MARKOVITS, STOCK, & DEMARCO, LLC**
119 E. Court St., Ste. 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com
jwalker@msdlegal.com

*Interim Co-Lead Class Counsel and Counsel for Plaintiffs*

Raina C. Borrelli
**TURKE & STRAUSS LLP**
613 Williamson St., Ste. 201
Madison, WI 53703
Phone: (608) 237-1775
Facsimile: (608) 509-4423
sam@turkestrauss.com
raina@turkestrauss.com

A. Brooke Murphy (pro hac admission forthcoming)
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Telephone: (405) 389-4989
abm@murphylegalfirm.com

3

Philip Krzeski (0095713)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Facsimile: (612) 336-2940
pkrzeski@chestnutcambronne.com

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
wbf@federmanlaw.com

*Plaintiffs' Executive Committee*

4

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.02, I hereby certify that prior to filing this motion, Plaintiffs' Counsel conferred with opposing counsel and attempted in good faith to resolve the matter contained in the motion. After conferring, opposing counsel agreed that Plaintiffs may represent that the motion is unopposed.

By:   /s/*Dylan A,. Bess*

**DYLAN A. BESS, ESQ., (Fed Id. at 13114)**
**MORGAN & MORGAN, ATLANTA PLLC**
P.O. Box 57007
Atlanta, GA 30343-1007
Telephone: (404) 965-1886
sbrown@forthepeople.com

*Local Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By:   /s/*Dylan A. Bess*

**DYLAN A. BESS, ESQ., (Fed Id. at 13114)**
**MORGAN & MORGAN, ATLANTA PLLC**
P.O. Box 57007
Atlanta, GA 30343-1007
Telephone: (404) 965-1886
sbrown@forthepeople.com

*Local Counsel for Plaintiffs*